

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR RECONSIDERATION

Appellate case name:      In re Michael Francis Palma

Appellate case number:    01-19-00471-CV

Trial court case number:  2019-02377

Trial court:              281st District Court of Harris County

It is ordered that relator's "Motion for Reconsideration for Findings of Fact and Conclusions of Law" is **DENIED**.

Judge's signature: ___/s/ Sarah B. Landau___
                           Acting for the Court

Panel consists of Justices Lloyd, Landau, and Countiss

Date: __August 8, 2019___